13651. POWELL *v.* INTERNATIONAL AGRICULTURAL CORPORATION.

STEPHENS, J. This case having been submitted subject to the payment of costs within ten days, and the costs not having been paid within such time, the writ of error must be dismissed.

*Writ of error dismissed. Jenkins, P. J., concurs.*

DECIDED JULY 24, 1922.

Distraint; from Montgomery superior court — Judge Graham. April 7, 1922.

*A. C. Saffold*, for plaintiff in error. *B. P. Jackson*, contra.